UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jamilee Escandon,<br><br>        Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>        Defendants. | No.  1:25-cv-01937-GSA<br><br>ORDER GRANTING UNOPPOSED MOTION TO STRIKE THE CERTIFIED ADMINISTRATIVE RECORD AND AMEND DEADLINES<br><br>(ECF No 10, 12, 14) |

Having considered Defendant's Unopposed Motion to Strike the Certified Administrative Record, to File a Corrected Certified Administrative Record, and Amend the Briefing Schedule, IT IS ORDERED that the Commissioner's Motion (ECF No. 14) is granted.

The Certified Administrative Record (CAR) filed on March 4, 2026 (ECF No. 10) shall be stricken.  Plaintiff's Opening Brief (ECF No. 12) shall be terminated as moot.  The Commissioner shall file a corrected CAR within 30 days of the date of this Order.  Within 30 days after the filing of the corrected CAR, Plaintiff shall file an amended motion for summary judgment.  Within 30 days after the filing of Plaintiff's amended motion, the Commissioner shall file his cross-motion for summary judgment and opposition.  Within 14 days after the filing of the Commissioner's cross-motion, Plaintiff may file an optional reply brief.

1

IT IS SO ORDERED.

Dated:    **April 30, 2026**                          **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE