ERIC GRANT
United States Attorney
MATHEW W. PILE
Head of Program Litigation 1
Social Security Administration | Law & Policy
MARGARET BRANICK-ABILLA, CSBN 223600
Special Assistant United States Attorney
Program Litigation 1
Social Security Administration | Law & Policy
6401 Security Boulevard
Baltimore, MD 21235
Telephone: (510) 970-4809
Email: Margaret.Branick-Abilla@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMILEE ESCANDON,<br><br>Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Civil No. 1:25-cv-01937-KES-GSA<br><br>STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g); ORDER |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, with the approval of the Court, that this action be remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

On remand, the Commissioner will offer Plaintiff the opportunity for a hearing, take further action to develop the administrative record, as necessary, and issue a new decision.

///

///

///

Stipulation; Order                         Page 1                  Case No. 1:25-cv-01937-KES-GSA

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Respectfully submitted,

Dated: May 19, 2026                    PENA AND BROMBERG, PC

                                       By:/s/ Jonathan Pena*
                                          JONATHAN PENA
                                          Attorneys for Plaintiff
                                          [*As authorized by Dolly Trompeter, Esq., by e-mail
                                          on May 19, 2026]

Dated: May 21, 2026                    ERIC GRANT
                                       United States Attorney
                                       MATHEW W. PILE
                                       Head of Program Litigation 1
                                       Social Security Administration | Law & Policy

                               By:     /s/ Margaret Branick-Abilla
                                       MARGARET BRANICK-ABILLA
                                       Special Assistant United States Attorney
                                       Attorneys for Defendant

## **ORDER**

Pursuant to stipulation, IT IS SO ORDERED.


IT IS SO ORDERED.

Dated:  May 21, 2026

_____
UNITED STATES DISTRICT JUDGE